UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TIMOTHY WHALEY,

    Petitioner,

v.                                                 Case No. 5:10-cv-450-Oc-30TBS

WARDEN, FCC COLEMAN- USP I

    Respondent.

## **ORDER DISMISSING PETITION**

Petitioner, *pro se*, initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner is a federal prisoner at the Coleman Federal Correctional Complex within this district. Petitioner is challenging a conviction and sentence imposed in the United States District Court for the Eastern District of Missouri.

Petitioner attacks the validity of his sentence rather than the means of its execution. Petitioner has not sought relief with a motion to vacate his sentence under 28 U.S.C. § 2255. Therefore, because the primary means of collaterally attacking a federal conviction and sentence is through a motion pursuant to 28 U.S.C. § 2255, this case will be **DISMISSED without prejudice.** Accordingly, the Clerk is directed to dismiss the case without prejudice, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 15, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE